UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

*************************************************************

| | |
|---|---|
| P.G., Ti.G., To.G., R.M. and B.M., | ) |
| | ) Case No. 00-CV-2273 PAM/JGL |
| Plaintiffs, | ) |
| vs. | ) |
| County of Ramsey, Minnesota, Anthony McWell, Ann E. Ploetz, Karen Garvin, Julie Russomanno Judge James H. Clark, Supervisors of McWell, Supervisors of Ploetz, Supervisors of Garvin Supervisors of Russomanno, Frayda Rosen, Judge Daggy, | ) **ORDER** |
| Defendants. | ) |

*************************************************************

This matter is before the Court on Defendant Frayda Rosen's Motion for an Award of attorney's fees in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Frayda Rosen's Motion for attorney's fees is hereby GRANTED.

2. That Plaintiff's counsel, Dale Nathan, shall pay to Defendant Frayda Rosen's counsel the amount of $2,607.09 for attorney's fees associated with the defense of this matter.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 5, 2001

Paul A. Magnuson
U.S. District Court Chief Judge

g:\atty\20000396\order2pld.doc

FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 06 2001
DEPUTY CLERK